1  BAKER & ANJOMI
   Robert David Baker, Esq. (87314)
2  1611 The Alameda
   San Jose, CA 95126
3  Telephone: (408) 292-8555

4  Attorneys for Plaintiff Doug Cody

5
   Phillip J. Greigo and Associates
6  Attorneys at Law
7  Robert E. Nuddleman,
   95 South Market Street, Suite 500
8  San Jose, CA 95113
   Telephone: (408) 293-6341
9  Facsimile: (408) 293-1959

10              UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  DOUG CODY,                    Case No. C05-001674

15                                STIPULATION AND ORDER
        Plaintiff,                EXTENDING TIME TO CONDUCT
16                                EARLY NEUTRAL EVALUATION
             vs.
17

18  NEUTRON SYSTEMS USA, INC.;
    WILLIAM L. LEE; ONKAR SANGHA;
19  STEVE SCHAFFER; PAUL TAYLOR;
20  NEUTRINO; NEUTRON SYSTEMS,
    CORP.,
21

22      Defendants.

23  _____/

24

25      Based on the facts and circumstances set forth below, the parties hereby stipulate to

26  extend the time to conduct Early Neutral Evaluation ("ENE") in this case as follows:

27      WHEREAS, an ENE was scheduled for October 17, 2005;

28  *Stipulation and Order Extending Time to Conduct Early Neutral Evaluation*
    *Cody v. Neutorn Systems, et al.; Case No. C05-01674*

WHEREAS, the ENE had to be continued due to Robert David Baker being in trial on the date scheduled for the ENE;

WHEREAS, the parties desire to participate in an ENE session;

WHEREAS, the current ENE authorization expires on November 18, 2005, and it is necessary to extend that date so the parties can participate in an ENE;

WHEREAS, the parties request this court approve an ENE extension;

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The date to conduct an ENE will be extended to January 6, 2006;

Dated: November 20, 2005

BAKER & ANJOMI

By: _____
    Robert David Baker
Attorneys for Plaintiff Doug Cody

Dated: November 15, 2005

Phillip J. Griego & Associates

By: _____
    Robert E. Nuddleman
Attorneys for Defendant Neutron Systems USA,

PURSUANT TO STIPULATION AND ORDER, IT IS SO ORDERED.

Dated: _____11/21/05_____

Patricia V. Trumbull

Hon. Patricia V. Trumbull
United States ~~District~~ Judge
*Magistrate*

*Stipulation and Order Extending Time to Conduct Early Neutral Evaluation*

*Cody v. Neutorn Systems, et al.; Case No. C05-01674*

PAGE 2